# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2394
Lower Tribunal No. 15-26243
_____

**Isabel Alvarez,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz and Thomas J. Rebull, Judges.

The Monfiston Firm, and Daniel Monfiston, for appellant.

Roig Lawyers, and Abbi Freifeld Carr and Veresa Jones Adams (Deerfield Beach), for appellee.

Before EMAS, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.